| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:07-CR-213 |
| | § | |
| JAMES NICKERSON | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. In accordance with 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), Judge Giblin held a hearing and submitted findings of fact and a recommendation on the defendant's plea of true. The magistrate judge recommended that the Court revoke the defendant's supervised release and impose a term of imprisonment for the revocation.

The parties do not object to the magistrate judge's recommendation. The defendant waived his right to object and his right to allocute and appear before sentence is imposed. The Court ORDERS that the findings of fact and recommendation on plea of true (#145) are ADOPTED and the defendant's supervised release is revoked.

Pursuant to Judge Giblin's recommendation and the parties' agreement, the Court ORDERS the defendant to serve a term of twenty-four (24) months plus one (1) day imprisonment. The Court recommends that the defendant be placed in the Federal Medical Center (FMC) in Fort Worth, Texas, for service of the prison term, if possible. No additional supervised release is imposed.

SIGNED at Beaumont, Texas, this 20th day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE